IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
OCT 1 6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-10119 |
| | ) | |
| JAMES CURTIS LOVE, | ) | VIO: Title 18, United States |
| | ) | Code, Sections 2251(a) |
| Defendant. | ) | and 2253(a) & (b) |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One
(Production of Child Pornography)

In or about April 2007, in the Central District of Illinois, the defendant,

JAMES CURTIS LOVE,

knowingly employed, used, persuaded, induced, enticed, and coerced a minor, DV, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, where said visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means,

All in violation of Title 18, United States Code, Section 2251(a).

## Count Two
(Production of Child Pornography)

In or about April 2007, in the Central District of Illinois, the defendant,

JAMES CURTIS LOVE,

knowingly employed, used, persuaded, induced, enticed, and coerced a minor, JE, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, where said visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means,

All in violation of Title 18, United States Code, Section 2251(a).

## Count Three
(Criminal Forfeiture)

1. The Grand Jury incorporates by reference the allegations of Counts One and Two of the Indictment in this Count Three of the Indictment.

2. From his engagement in the violations alleged in Count One and Count Two of this Indictment, the defendant,

JAMES CURTIS LOVE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a) and (b), all interest in:

   a. Any visual depiction of a minor engaged in sexually explicit conduct and any image of child pornography, as "child pornography" is defined in Title 18, United States Code, Section 2256(8), including any book, magazine, periodical, film, videotape, digital storage media, and any other matter containing such visual depiction and image, which was produced, transported, mailed, shipped, and received in violation of the offenses alleged in Count One and Count Two of this Indictment;

   b. Any property, real and personal, constituting and traceable to gross profits and other proceeds obtained from the offenses alleged in Count One and Count Two of this Indictment; and

   c. Any property, real and personal, used and intended to be used to commit and promote the commission of the offenses alleged in Count One and Count Two of this Indictment.

3. The property referenced in paragraph 2 includes, but is not necessarily limited to, the Gateway personal computer and the CD-ROM seized

by law enforcement officers on or about May 3, 2007, from the defendant's residence at 1214 South Barker, Bloomington, Illinois 61701, and the Eastman Kodak zoom digital camera used in the production of child pornography, which is more specifically described as:

    a. Gateway personal computer, model GT 4016, serial number GCM6311003120, with Seagate hard drive, serial number 2833763782001249508;

    b. CD-ROM located in the computer desk drawer in the basement of the residence and later labeled by the Bloomington Police Department as Exhibit Search Warrant Exhibit No. 17; and

    c. Eastman Kodak DX7440 Zoom Digital Camera, model number KDK01021DX7440, serial number KCKDF41700090.

All pursuant to Title 18, United States Code, Sections 2253(a) and (b).

A TRUE BILL.

s/ Foreperson

(Foreperson)

s/ B. Murphy
RODGER A. HEATON
UNITED STATES ATTORNEY

GRW

4