IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-10119 |
| ) | |
| JAMES CURTIS LOVE, ) | |
| ) | |
| Defendant. ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Petitioner, the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Greggory R. Walters, Assistant United States Attorney, respectfully represents to this Honorable Court that **JAMES CURTIS LOVE, DOB: 2/21/1970,** defendant herein, is now confined at the McLean County Detention Facility, Bloomington, Illinois, in the custody of the Sheriff of said institution, and that a hearing in the above-entitled cause has been set for November 28, 2007, at 11:30 a.m., before the Hon. Michael M. Mihm, United States District Judge, Central District of Illinois.

**WHEREFORE**, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be directed to the Sheriff of the McLean County Detention Facility, Bloomington, Illinois, and/or the United States Marshal for the Central District of Illinois, respectively, commanding the production of said **JAMES CURTIS LOVE, DOB: 2/21/1970**, before the Court at the Federal Building and U.S. Courthouse, 100 NE Monroe Street, Peoria, Illinois, on November 28, 2007, at 11:30 a.m., and from day to day thereafter as may be necessary; and at the termination of the proceedings against the defendant to return him to the custody of the McLean County Detention Facility, Bloomington, Illinois.

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY


 s/: Greggory R. Walters
Greggory R. Walters
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Tel: 309-671-7050
Fax: 309-671-7259
E-mail: greggory.walters@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.07-10119 |
| | ) |
| JAMES CURTIS LOVE, | ) |
| | ) |
| Defendant. | ) |

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

These matters coming on to be heard on the Petition of the Government, and it appearing to the Court that **JAMES CURTIS LOVE, DOB: 2/21/1970,** is presently incarcerated at the McLean County Detention Facility, Bloomington, Illinois, it further appearing that **JAMES CURTIS LOVE, DOB: 2/21/1970**, was named as defendant in the above-entitled cause and his appearance is necessary in connection with this proceeding on November 28, 2007, at 11:30 a.m.

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Sheriff of the McLean County Detention Facility, Bloomington, Illinois, and/or the United States Marshal for the Central District of Illinois, to transport the said **JAMES CURTIS LOVE, DOB: 2/21/1970,** to the Central District of Illinois, and to produce the said **JAMES CURTIS LOVE, DOB: 2/21/1970** on November 28, 2007, at 11:30 a.m., in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, in connection with this cause and

then and there to present the defendant before the Court and from day to day thereafter as may be necessary.

_____
**MICHAEL M. MIHM**
United States District Judge
Central District of Illinois

**ENTERED** this \_\_\_ day of _____, 2007.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-10119 |
| JAMES CURTIS LOVE, | ) |
| Defendant. | ) |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE SHERIFF OF THE MCLEAN COUNTY DETENTION FACILITY, BLOOMINGTON, ILLINOIS AND TO ANY UNITED STATES MARSHAL:

### G R E E T I N G S:

WE COMMAND that you produce and deliver the body of **JAMES CURTIS LOVE, DOB: 2/21/1970**, now in your custody at the McLean County Detention Facility, Bloomington, Illinois, before the Honorable Michael M. Mihm, United States District Judge, Federal Building and United States Courthouse, 100 NE Monroe Street, Peoria, Illinois, on November 28, 2007, at 11:30 a.m., in order that **JAMES CURTIS LOVE, DOB: 2/21/1970,** may be present for purposes of a hearing in the above-entitled cause and after said hearing and the disposition of said matter that you return **JAMES CURTIS LOVE, DOB: 2/21/1970**, under safe and secure conduct to the custody of the McLean County Detention Facility, Bloomington, Illinois.

DATE: _____          _____
                                       **JOHN M. WATERS**
                                       Clerk of the Court,
                                       United States District Court for the Central District
                                           of Illinois