**E-FILED**
Monday, 29 October, 2007  04:15:23 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff | ) <br> ) <br> ) <br> ) CASE NO. **07-10119** <br> ) <br> ) <br> ) <br> ) |
| **James Curtis Love**<br>Defendant | |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial

at **11:30 AM** on **Wednesday, November 28, 2007.**

This matter is set for Jury Trial at 8:30 A.M. on **Monday, December 17, 2007**

at

[  X] Peoria, Illinois

[  ] Rock Island, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

   **IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

   ENTER this 29th day of October, 2007

 s/ John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE