**E-FILED**
Monday, 29 October, 2007  04:18:19 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA**

FILED

OCT 2 9 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-10119 |
| | ) | |
| JAMES CURTIS LOVE, | ) | |
| | ) | |
| Defendant. | ) | |

## WAIVER OF THE ANTI-SHUTTLING PROVISION

I, James Curtis Love, the defendant herein, individually and by my attorney, understand

that, under Articles IV(c) and IV(e) of the Interstate Agreement on Detainers, I have the right to:

(a)     remain in temporary federal custody (hereinafter "Receiving State"), and

(b)     be prosecuted on the indictment in the above-titled federal case within 120 days of
today's date,

prior to my being returned to my original and primary place of custody, that is: the McLean

County Detention Facility in Bloomington, Illinois, in the custody of the McLean County Sheriff

(hereinafter "Sending State").

I hereby waive my rights under Articles IV(c) and IV(e) of the Interstate Agreement on

Detainers and consent to my return from the Receiving State to the Sending State.

Dated this 29th Day of October, 2007.

s/ Defendant                        s/ A. McGowan

_____        _____
JAMES CURTIS LOVE                   ATTORNEY FOR THE DEFENDANT
DEFENDANT