IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-10119 |
| ) | |
| JAMES CURTIS LOVE, ) | |
| ) | |
| Defendant. ) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   THE SHERIFF OF THE MCLEAN COUNTY DETENTION FACILITY, BLOOMINGTON, ILLINOIS AND TO ANY UNITED STATES MARSHAL:

G R E E T I N G S:

WE COMMAND that you produce and deliver the body of **JAMES CURTIS LOVE, DOB: 2/21/1970**, now in your custody at the McLean County Detention Facility, Bloomington, Illinois, before the Honorable Michael M. Mihm, United States District Judge, Federal Building and United States Courthouse, 100 NE Monroe Street, Peoria, Illinois, on November 28, 2007, at 11:30 a.m., in order that **JAMES CURTIS LOVE, DOB: 2/21/1970,** may be present for purposes of a hearing in the above-entitled cause and after said hearing and the disposition of said matter that you return **JAMES CURTIS LOVE, DOB: 2/21/1970,** under safe and secure conduct to the custody of the McLean County Detention Facility, Bloomington, Illinois.

DATE: 10/31/07.

s/ John M. Waters
**JOHN M. WATERS**
Clerk of the Court,
United States District Court for the Central District
of Illinois