E-FILED
Monday, 26 November, 2007 03:58:14 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 07-10119 |
| JAMES C. LOVE, | ) |
| Defendant. | ) |

MOTION TO CONTINUE

Now comes the Defendant JAMES C. LOVE by his attorney, Karl W. Bryning, and pursuant to Title 18 U.S.C. Section 3161(h)(8), moves this Court for the entry of an Order continuing the pretrial conference presently scheduled for November 28, 2007 and the trial, presently scheduled for December 17, 2007, and, in support thereof, states as follows:

1. Defense counsel is in the process of reviewing discovery documents and requires additional time to discuss the case with Mr. Love.

2. Assistant Unites States Attorney, Greg Walters, has been contacted and makes no objection to this motion.

3. In order to protect the defendant's Fifth and Sixth Amendment's rights to effective assistance of counsel, due process of law, and a fair trial, the ends of justice will be best served by continuing the pretrial conference and the jury trial to future dates.

WHEREFORE, defense counsel respectfully requests the entry of an Order continuing the pretrial conference jury trial dates in this cause.

James C. Love, Defendant

1

s/ Karl W. Bryning  
Attorney for Defendant  
Assistant Federal Public Defender  
401 Main Street, Suite 1500  
Peoria, Illinois 61602  
Phone: 309/671-7891  
FAX: 309/671-7898  
Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on November 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Greg Walters, Assistant United States Attorney, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602.

      s/ Karl W. Bryning
      Attorney for Defendant
      Assistant Federal Public Defender
      401 Main Street, Suite 1500
      Peoria, Illinois 61602
      Phone: 309/671-7891
      FAX: 309/671-7898
      Email: karl_bryning@fd.org