IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.07-10119 |
| JAMES CURTIS LOVE, | ) |
| Defendant. | ) |

**FILED NOV 29 2007 JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS**

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

These matters coming on to be heard on the Petition of the Government, and it appearing to the Court that **JAMES CURTIS LOVE, DOB: 2/21/1970,** is presently incarcerated at the McLean County Detention Facility, Bloomington, Illinois, it further appearing that **JAMES CURTIS LOVE, DOB: 2/21/1970,** was named as defendant in the above-entitled cause and his appearance is necessary in connection with this proceeding on February 8, 2008, at 11:30 a.m.

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Sheriff of the McLean County Detention Facility, Bloomington, Illinois, and/or the United States Marshal for the Central District of Illinois, to transport the said **JAMES CURTIS LOVE, DOB: 2/21/1970,** to the Central District of Illinois, and to produce the said **JAMES CURTIS LOVE, DOB: 2/21/1970** on February 8, 2008, at 11:30 a.m., in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, in connection with this cause and

then and there to present the defendant before the Court and from day to day thereafter as may be necessary.

/s/ Michael M. Mihm

---

MICHAEL M. MIHM
United States District Judge
Central District of Illinois

ENTERED this 29th day of November, 2007.

2