E-FILED
Tuesday, 22 January, 2008 05:03:07 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 07-10119 |
| ) | |
| JAMES LOVE, ) | |
| ) | |
| Defendant. ) | |

MOTION TO DETERMINE MENTAL COMPETENCY

Now comes the Defendant, JAMES LOVE, by his attorney, KARL W. BRYNING, Assistant Federal Public Defender, and pursuant to Title 18 U.S.C. § 4241, moves this Court to order a psychiatric examination and report of the Defendant and to conduct a hearing to determine whether the Defendant was sane at the time of the offense conduct and is competent to proceed in this case, and as grounds therefore, states as follows:

1.  Reasonable cause exists to believe that the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Title 42 U.S.C. § 4141(a). Moreover, there is also reasonable cause to believe that the Defendant may have been suffering from a mental disease or defect at the time of the offense conduct that rendered him legally insane.

2.  In order to find the defendant competent, a court must find by a

preponderance of the evidence that he has sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding, and that he has a rational as well as factual understanding of the proceedings against him. *Dusky v. United States*, 362 U.S. 402 (1960).

3. Based upon meetings with Mr. Love, it is the undersigned attorney's impression that Mr. Love may suffer from a mental disease or defect that renders him unable to assist in his own defense and to comprehend the serious nature of the charges against him. The undersigned attorney is not a medical doctor and is unable to diagnose Mr. Love. In the undersigned attorney's opinion, Mr. Love's symptoms are interfering with his ability to assist in his defense.

4. Defendant is presently in the custody of the United States Marshall's Service and is awaiting his pretrial conference, presently scheduled for February 8, 2008, at 2:00 p.m. and Jury trial scheduled for February 25, 2008 at 8:30 a.m. before the Honorable Judge Michael Mihm.

5. Defendant's counsel requests that a psychiatric or psychological examination and report of the Defendant be ordered pursuant to Title 18 U.S.C.§§ 4241(b) and (c) and 4247(b) and (c).

6. After said report is filed with the Court, counsel requests a hearing on the issue of the Defendant's competency pursuant to Title 18 U.S.C. § 4241(c).

7. Defendant's counsel has been advised by Assistant United States Attorney Gregory Walters that the Government has no objection to this motion.

WHEREFORE, the Defendant requests that this Court order a psychiatric and physical examination and report of the Defendant and to conduct a hearing to determine whether the Defendant is competent to proceed in this case.

        Respectfully submitted,

        JAMES LOVE, Defendant

        RICHARD H. PARSONS,
        Chief Federal Public Defender

By:   /s/ Karl W. Bryning

        KARL W. BRYNING
        Assistant Federal Public Defender
        401 Main Street, Suite 1500
        Peoria, Illinois 61602
        Phone: (309) 671-7891

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that a copy of the foregoing instrument was mailed to the following counsel on January 23, 2008, by electronic filing / ECF System:

>Mr. Gregory Walters
>Assistant United States Attorney
>United States Attorney's Office
>211 Fulton Street, Suite 400
>Peoria, Illinois  61602

>/s/Karl W. Bryning
>Karl W. Bryning
>Assistant Federal Public Defender

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 07-10119 |
| | ) | |
| JAMES LOVE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION**

This matter having come before the Court upon motion of the defendant to determine the competency of the defendant to stand trial and to determine sanity at the time of the offense;

THE COURT ORDERS pursuant to Title 18 U.S.C. Sections 4241(b) and 4247(b) and (c) that the defendant be committed to the custody of the Attorney General for a reasonable period, that defendant be transferred to a medical facility within the Bureau of Prisons in order to be evaluated by a psychiatrist or psychologist on the issue of **(1) competency to stand trial** and **(2) sanity**. Such evaluation, which shall be conducted pursuant to Title 18 U.S.C. Section 4247(b), shall determine whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceeding against him or to properly assist in his defense and whether he was insane at the time of the offense.

IT IS FURTHER ORDERED that a psychiatric or psychological report be

prepared by the examiner designated by the Attorney General to conduct the psychiatric or psychological examination be filed with the Court, with copies to be provided to defense counsel and the Assistant United States Attorney assigned to this case.

ENTERED this ___ day of January, 2008.

_____
Michael M. Mihm
United States District Judge