E-FILED
Monday, 04 February, 2008  03:28:15 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07-10119 |
| JAMES CURTIS LOVE, | ) ) ) |
| Defendant. | ) |

**MOTION FOR APPOINTMENT OF GUARDIANS AD LITEM**

NOW COMES the United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Greggory R. Walters, Assistant United States Attorney, and for its motion for appointment of guardians ad litem states as follows:

1.  The defendant is currently charged with two counts of production of child pornography, in violation of Title 18, United States Code, Section 2251(a), and one count of criminal forfeiture.  This case involves actual child victims who will testify at trial should this matter proceed to trial.

2.  Title 18, United States Code, Section 3509(h)(1) provides:

> The court may appoint, and provide reasonable compensation and payment of expenses for, a guardian ad litem for a child who was a victim of, or a witness to, a crime involving abuse or exploitation to protect the best interest of the child . . . The guardian ad litem should not be a person who is or may be a witness in a proceeding involving the child for whom the guardian is appointed.

3.  The government respectfully requests this Court appoint guardians ad litem for the two victims who are the subject victims for the two substantive counts charged in the indictment:  DV (count one) and JE (count two).  With respect to each of these children, their

parent(s) and/or guardians are potential witnesses in the case and for this reason are not suitable for appointment as guardians ad litem.

4. Further, because the government will be seeking to introduce Rule 404(b) evidence from other alleged sexual abuse, attempted sexual abuse, and attempted production of child pornography by the defendant involving other alleged victims for purposes of showing, among other things, the defendant's identity and modus operandi, the government requests this Court appoint guardians ad litem for the following minor victims who are potential Rule 404(b) witnesses: EK, KS, CC, and XM. With respect to each of these children, their parent(s) and/or guardians are potential witnesses in the case and for this reason are not suitable for appointment as guardians ad litem.

5. Further, there is an additional non-victim child, JL, who is a potential witness to the case, as he/she is pictured sleeping next to one or more victims who are being abused and exploited by the defendant in their sleep. JL(s) parent(s) and/or guardians are potential witnesses in the case and for this reason are not suitable for appointment as guardians ad litem.

6. On information and belief, the government further notes that at least two of the victims and the one non-victim witness have undergone psychological and/or psychiatric treatment since the defendant's alleged abuse of the victims. This, in turn, further buttresses the need for the appointment of guardians ad litem for these alleged victims.

7. Accompanying this motion is an appendix, filed under seal, providing this Court with the identities of the child victims who are likely witnesses in this case, as well as the one non-victim, who may be called as a witness in this case.

WHEREFORE, the United States of America respectfully requests this Court appoint guardians ad litem for the children generally described herein and identified in the appendix to this motion.

        Respectfully submitted,

        UNITED STATES OF AMERICA

        RODGER A. HEATON
        UNITED STATES ATTORNEY

By:   /s/Greggory R. Walters
       Assistant United States Attorney
       One Technology Plaza
       211 Fulton Street
       Suite 400
       Peoria, Illinois 61602
       Tel: 309-671-7050
       Fax: 309-671-7259
       E-mail: greggory.walters@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th Day of February, 2008, I filed the foregoing motion, along with the appendix, with the Clerk of the Court using the CM/ECF system, which will cause notice of such filing to be sent to Karl W. Bryning, counsel for the defendant.

      I further certify that I caused a copy of the sealed appendix to be served upon Mr. Bryning by facsimile and U.S. Mail, postage prepared, on the 4th Day of February, 2008.

/s/Debra L. Hansen
Supervisory Legal Assistant