| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| ILC | Love, James Curtis | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:07-010119-001 | | |

7. IN CASE/MATTER OF (c... Nam.)
U.S. v. Love

II. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If mor.than on. o"..n.., If.t (up to IIv.) major o"..n....harg.d, accordlng to ..v.rlly DC o"..n..
1) 18 2251.F -- SEXUAL EXPLOITATION OF CHILDREN

| 12. ATTORNEY'S NAME (First Name, M.I., Last Name, Including any suffix) AND MAILING ADDRESS | 13. COURT ORDER |
|---|---|
| ODAY, DANIEL G.<br>415 Hamilton Blvd<br>Peoria IL 61602<br><br>Telephone Number: (309) 637-5282 | [X] O Appointing Counsel   O C Co-Counsel<br>O F Sub. For F.d.ral D.C.nd.r   O R Sub. For R.tain.d Attorney<br>O P Sub. For Pan.l Attorney   O Y Standby Counsel<br>Prior Attorney's Name: _____<br>Appointment Date: _____<br>O Because the above-named person represented has testified under oath or has otherwise .edsfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears In Item/japPOIDled to represent this person In this case, or<br>O Other (See Instruction)<br>Signature of Presiding Judicial Officer or By Order of the Court<br>02/08/2008<br>Date of Order    Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time of appointment.  O YES  [X] NO |
| 14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instruction)<br>CUSACK GILFILLAN AND O DAY<br>415 Hamilton Blvd<br>PEORIA IL 61602 | |

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. In Court | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $     )   TOTALS: | | | | | |
| 16. Out of Court | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $     )   TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM          TO | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. CLAIM STATUS   O Final Payment   O Int.rlm Paym.nt Numb.r   O Suppl.m.ntal Paym.nt
Hav. you pr.vlou.ly appll.d to the court for compensation and/or reimbursement for this.....?  O YES  O NO   )fy.., w.r. you paid?  O YES  O NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this r.pr...ntatlon?   O YES   O NO   )fy.., glv. d.tall. on addltlonal.h..t..
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: _____   Date: _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |