**E-FILED**
Friday, 29 February, 2008  02:36:18 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 07-10119 |
| | ) | |
| JAMES LOVE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO AMEND
## ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION

Now comes the Defendant, JAMES LOVE, by his attorney, KARL W. BRYNING,

Assistant Federal Public Defender, and pursuant to Title 18 U.S.C. § 4241, moves this

Court modify the Order entered on February 8, 2008 to allow for the psychiatric or

psychological examination to be conducted at an appropriate Bureau of Prisons Facility.

1.         February 29, 2008 counsel was notified that the Bureau of Prisons is

seeking clarification as to the facility in which to conduct the psychological /

psychiatric evaluation.

2.         According to Tracy Knutson, Senior Attorney, Federal Bureau of Prisons,

"The BOP has traditionally completed these studies at locations other than medical

centers."

3.         Defendant's counsel has been advised by Assistant United States Attorney

Gregory Walters that the Government has no objection to this motion.

WHEREFORE, the Defendant requests that this Court amend the Order entered on February 8, 2008 to allow for the psychological / psychiatric examination to be conducted at suitable facility within the bureau of prisons.

Respectfully submitted,

JAMES LOVE, Defendant


RICHARD H. PARSONS,
Chief Federal Public Defender

By:     /s/ Karl W. Bryning

KARL W. BRYNING
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: (309) 671-7891

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing instrument was mailed to the following counsel on February 29, 2008, by electronic filing / ECF System:

Mr. Gregory Walters
Assistant United States Attorney
United States Attorney's Office
211 Fulton Street, Suite 400
Peoria, Illinois 61602


/s/Karl W. Bryning
Karl W. Bryning
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 07-10119 |
| | ) | |
| JAMES LOVE, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED ORDER
FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION**

This matter having come before the Court upon motion of the defendant to amend the
Order to determine the competency of the defendant to stand trial and to determine sanity at the
time of the offense entered on February 8, 2008;

THE COURT ORDERS pursuant to Title 18 U.S.C. Sections 4241(b) and 4247(b)
and (c) that the defendant be committed to the custody of the Attorney General for a
reasonable period, that defendant be transferred to a suitable facility within the Bureau of
Prisons in order to be evaluated by a psychiatrist or psychologist on the issue of **(1)
competency to stand trial** and **(2) sanity**.  Such evaluation, which shall be conducted
pursuant to Title 18 U.S.C. Section 4247(b), shall determine whether the defendant is
suffering from a mental disease or defect rendering him mentally incompetent to the
extent that he is unable to understand the nature and consequences of the proceeding
against him or to properly assist in his defense and whether he was insane at the time of

the offense.

IT IS FURTHER ORDERED that a psychiatric or psychological report be prepared by the examiner designated by the Attorney General to conduct the psychiatric or psychological examination be filed with the Court, with copies to be provided to defense counsel and the Assistant United States Attorney assigned to this case.

ENTERED this ___ day of _____, 2008.

_____
Michael M. Mihm
United States District Judge