E-FILED
Monday, 03 March, 2008  03:53:19 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

**FILED**

MAR - 3 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 07-10119 |
| ) | |
| JAMES LOVE, ) | |
| ) | |
| Defendant. ) | |

**AMENDED ORDER
FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION**

This matter having come before the Court upon motion of the defendant to amend the Order to determine the competency of the defendant to stand trial and to determine sanity at the time of the offense entered on February 8, 2008;

THE COURT ORDERS pursuant to Title 18 U.S.C. Sections 4241(b) and 4247(b) and (c) that the defendant be committed to the custody of the Attorney General for a reasonable period, that defendant be transferred to a suitable facility within the Bureau of Prisons in order to be evaluated by a psychiatrist or psychologist on the issue of **(1) competency to stand trial** and **(2) sanity**. Such evaluation, which shall be conducted pursuant to Title 18 U.S.C. Section 4247(b), shall determine whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceeding against him or to properly assist in his defense and whether he was insane at the time of

the offense.

IT IS FURTHER ORDERED that a psychiatric or psychological report be prepared by the examiner designated by the Attorney General to conduct the psychiatric or psychological examination be filed with the Court, with copies to be provided to defense counsel and the Assistant United States Attorney assigned to this case.

ENTERED this 3RD day of March, 2008.

s/ Michael M. Mihm

Michael M. Mihm
United States District Judge