IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-10119 |
| ) | |
| JAMES LOVE, ) | |
| ) | |
| Defendant. ) | |

**ENTRY OF APPEARANCE**

Kirk Schoenbein, Assistant United States Attorney, enters his appearance to this Court as counsel to represent the United States for the above-named case.

Respectfully submitted,

RODGER A. HEATON
United States Attorney


s/ Kirk Schoenbein
Kirk Schoenbein
United States Attorney's Office
211 Fulton Street
Suite 400
Peoria, IL 61602
Telephone: (309) 671-7050
Fax: (309) 671-7259

## CERTIFICATE OF SERVICE

     I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Karl Bryning, Assistant Federal Public Defender

s/:  Kim Ritthaler  
Legal Assistant
