IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )| |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Case No. 07-10119 |
| ) | |
| JAMES CURTIS LOVE,    ) | |
| ) | |
| Defendant.    ) | |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Petitioner, the United States of America, by Rodger A. Heaton, United States Attorney, and Kirk Schoenbein, Assistant United States Attorney, respectfully represents to this Honorable Court that **James Curtis Love, DOB: 2/21/1970,** defendant herein, is now confined at the McLean County Detention Facility, Bloomington, IL, in the custody of the Sheriff of said institution, and that a hearing in the above-entitled cause has been set for July 17, 2008 at 11:45 a.m. in the Court.

**WHEREFORE**, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be directed to the Sheriff of McLean County Detention Facility, Bloomington, IL, and/or the United States Marshal for the Central District of Illinois, respectively, commanding the production of said **James Curtis Love, DOB: 2/21/1970**, before the Court at the Federal Building and U.S. Courthouse, 100 NE Monroe Street, Peoria, Illinois, on July 17, 2008 at 11:45 a.m., and from day to day thereafter as may be necessary; and at the termination of the proceedings against the defendant to return him to the custody of the McLean County Detention Facility, Bloomington, IL.

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY


 s/: Kirk Schoenbein
**KIRK SCHOENBEIN**
Assistant United States Attorney
One Technology Plaza - Suite 400
211 Fulton Street
Peoria, IL 61602
Telephone:  309/671-7050

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 07-10119 |
| JAMES CURTIS LOVE, | ) ) ) | |
| Defendant. | ) | |

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

These matters coming on to be heard on the Petition of the Government, and it appearing to the Court that **James Curtis Love, DOB: 2/21/1970,** is presently incarcerated at the McLean County Detention Facility, Bloomington, IL, it further appearing that **James Curtis Love, DOB: 2/21/1970**, was named as defendant in the above-entitled cause and his appearance is necessary in connection with this proceeding on July 17, 2008 at 11:45 a.m.

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Sheriff of the McLean County Detention Facility, Bloomington, IL, and/or the United States Marshal for the Central District of Illinois, to transport the said **James Curtis Love, DOB: 2/21/1970** to the Central District of Illinois, and to produce the said **James Curtis Love, DOB: 2/21/1970** on July 17, 2008 at 11:45 a.m. in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, in connection with this cause and then and there to present the

defendant before the Court and from day to day thereafter as may be necessary.

_____
**MICHAEL M. MIHM**
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF ILLINOIS

**ENTERED** this _____ day of _____, 2008.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF ILLINOIS

## AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-10119 |
| | ) | |
| JAMES CURTIS LOVE, | ) | |
| | ) | |
| Defendant. | ) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:    THE SHERIFF OF THE MCLEAN COUNTY DETENTION FACILITY, BLOOMINGTON, ILLINOIS AND TO ANY UNITED STATES MARSHAL:

**G R E E T I N G S:**

WE COMMAND that you produce and deliver the body of **James Curtis Love, DOB: 2/21/1970**, now in your custody at the McLean County Detention Facility, Bloomington, IL before the Honorable Michael M. Mihm, United States District Judge, Federal Building and United States Courthouse, 100 NE Monroe Street, Peoria, Illinois, on July 17, 2008 at 11:45 a.m. in order that **James Curtis Love, DOB: 2/21/1970,** may be present for purposes of a hearing in the above-entitled cause and after said hearing and the disposition of said matter that you return **James Curtis Love, DOB: 2/21/1970**, under safe and secure conduct to the custody of the McLean County Detention Facility, Bloomington, IL.

DATE: _____    _____
    **PAMELA E. ROBINSON**, Clerk
    United States District Court
    Central District of Illinois