IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-10119 |
| ) | |
| JAMES CURTIS LOVE, ) | |
| ) | |
| Defendant. ) | |

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

These matters coming on to be heard on the Petition of the Government, and it appearing to the Court that **James Curtis Love, DOB: 2/21/1970,** is presently incarcerated at the McLean County Detention Facility, Bloomington, IL, it further appearing that **James Curtis Love, DOB: 2/21/1970**, was named as defendant in the above-entitled cause and his appearance is necessary in connection with this proceeding on July 17, 2008 at 11:45 a.m.

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Sheriff of the McLean County Detention Facility, Bloomington, IL, and/or the United States Marshal for the Central District of Illinois, to transport the said **James Curtis Love, DOB: 2/21/1970** to the Central District of Illinois, and to produce the said **James Curtis Love, DOB: 2/21/1970** on July 17, 2008 at 11:45 a.m. in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, in connection with this cause and then and there to present the

1

defendant before the Court and from day to day thereafter as may be necessary.

s/ Michael M. Mihm

_____
MICHAEL M. MIHM
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF ILLINOIS

**ENTERED** this ____9th____ day of ____July____, 2008.