IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-10119 |
| ) | |
| JAMES CURTIS LOVE, ) | |
| ) | |
| Defendant. ) | |

FILED
JUL 1 7 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**ORDER**

This matter is before the Court on the government's motion for early production of documents pursuant to trial subpoena. The government has advised the Court that there are no objections to the motion. The motion is GRANTED.

IT IS HEREBY ORDERED that the government shall serve the proposed subpoena *duces tecum* on Esther A. Grabowsky of Kodak.

IT IS FURTHER ORDERED that Kodak shall comply with the subpoena on or before 8:30 a.m. on March 24, 2008. In lieu of appearing before the Court on that date, Kodak may comply with the subpoena by mailing the rested documents to AUSA Greggory R. Walters, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602.

ENTERED this 17th day of ~~March,~~ 2008.

s/ Michael M. Mihm

MICHAEL M. MIHM
UNITED STATES DISTRICT JUDGE