UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-10119 |
| | ) | |
| JAMES C. LOVE, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR RULE 16 DISCLOSURE OF EXPERT WITNESS TESTIMONY

Now comes the Defendant, JAMES C. LOVE, by his attorney, and pursuant to Rule 16(a)(1)(E), Fed.R.Crim.P., moves this Court for the entry of an Order directing the government to disclose to the defense a written summary of testimony that the government intends to use under Rules 702, 703, or 705, Fed.R.Evid., during its case in chief at trial, including a description of the witnesses' opinions, the bases and reasons therefor, and the witnesses' qualifications.

JAMES C. LOVE, Defendant

/s/Karl W. Bryning
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: 309/671-7898
Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

filing: Mr. Kirk Schoenbein, Assistant United States Attorney, 211 Fulton Street, Suite 400, Peoria, IL 61602.

                          /s/Karl W. Bryning
                          Attorney for Defendant
                          Assistant Federal Public Defender
                          401 Main Street, Suite 1500
                          Peoria, Illinois 61602
                          Phone: 309/671-7891
                          Fax: 309/671-7898
                          Email: karl_bryning@fd.org

1:07-cr-10119-MMM-JAG    # 34    Page 2 of 2